**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-2430**

_____

SUSAN NEAL MATOUSEK,

Plaintiff - Appellant,

v.

CHRISTIAN PSYCHOTHERAPY; JACKIE BUTLER; DR. HUFF,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:18-cv-00595-RAJ-LRL)

_____

Submitted: January 22, 2019                      Decided: January 24, 2019

_____

Before MOTZ, KEENAN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Susan Neal Matousek, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan Neal Matousek appeals the district court's order dismissing her civil action for lack of jurisdiction. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Matousek's informal brief does not challenge the basis for the district court's disposition, Matousek has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*